# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com

Receipt # 7499
$161.22
9/7

September 3, 2010

United States Bankruptcy Court
ATTN: Mark Schwenk
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

  RE: Randall S. & Helen M. Jackson
     BK 08-21807
     **Unclaimed Funds**

Dear Mark:

I enclose the Trustee's check #10021 in the total amount of $161.22, which represents unclaimed funds by the following claimant:

RJM Acquisitions, LLC for Claim #12, in the amount of $161.22
A stop payment was placed on the distribution check after 90 days and a replacement check was issued. As the replacement check was not cashed within 90 days, a stop payment was placed on the replacement check.

If you have any questions, please call.

            Very truly yours,

            Lucien A. Morin, II
            Chapter 7 Trustee

LAM/jmc
Enclosure